433 A.2d 547

Mortimer et ux., etc., Appellants v. Melrose Carmel Presb.

Argued December 5, 1979. John A. Freidrich, for appellants; James J. Oliver, for Melrose Carmel Presb., appellee; Paul F. D'Emilio, for Jones, appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

582

The appeal at No. 2759 October Term 1978 is quashed. The order appealed from at No. 1397 October Term, 1979 is affirmed.